# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINICK MARTIN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE SERVICEMASTER COMPANY LLC, a Delaware Limited Liability Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-05001-R-KS<br><br>**ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDCE**<br><br>Complaint filed: May 1, 2018 |

**ORDER GRANTING DISMISSAL OF ENTIRE ACTION**

1    The Court, having considered the parties' Stipulation for Dismissal Pursuant to
2  Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses with
3  prejudice Plaintiff's Complaint in the above-entitled action.  Each party shall bear its
4  own costs and attorneys' fees.

6  IT IS SO ORDERED.

8  Dated: March 13, 2019           By: _____
                                        Hon. Manuel L. Real
9                                       United State District Judge

- 1 -
**ORDER GRANTING DISMISSAL OF ENTIRE ACTION**